## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION
## FILE NUMBER: 1:20-cv-01449-JBM-JEH

| | | |
|---|---|---|
| Anita Martin, as Independent Administrator of the Estate of Marlene Hill, deceased, | ) ) ) | |
| Plaintiff-Appellee, | ) ) | |
| vs. | ) ) | **Notice of Appeal** |
| Petersen Health Operations, LLC, an Illinois Limited Liability Company d/b/a Bloomington Rehabilitation & Health Care Center, | ) ) ) ) ) ) | |
| Defendant-Appellant. | ) | |

Notice is hereby given that Petersen Health Operations, LLC, an Illinois Limited Liability Company d/b/a Bloomington Rehabilitation & Health Care Center, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from an Order and its findings signed by District Judge Joe Billy McDade granting Plaintiff's Motion to Remand relative to Defendant's Motion to Remove under 28 U.S.C. §§ 1331 and 1442(a)(1), entered in this action on the 22nd day of September, 2021.

Respectfully submitted,

/s/ Joseph R. Wetzel
Joseph R. Wetzel, IL Bar No. 6284241
Livingston, Barger, Brandt & Schroeder, LLP
2918 Crossing Court, Suite E
Champaign, IL 61822
Tel:    217-351-7479
Fax:    217-351-6870
Email:  jwetzel@lbbs.com

**CERTIFICATE OF SERVICE**

      This is to certify that on this 22nd day of October, 2021, I caused to be electronically filed the foregoing NOTICE OF APPEAL (including the Docketing Statement required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit filed as an attachment to this Notice of Appeal along with a separate Certificate of Service for the Docketing Statement) via the CM/ECF system, which sent electronic notice to all counsel of record. Additionally, hard copies are being sent to the Court via regular mail.

Megan M. Shore-Toca: ms@levinperconti.com
Levin & Perconti
325 N. LaSalle St., Suite 300
Chicago, IL 60654
Counsel for Plaintiff

Clerk of Court
United States District Court for the Central District of Illinois
100 N.E. Monroe, Room 305
Peoria, IL 61602

                                                                        /s/ Joseph R. Wetzel
                                                                          Joseph R. Wetzel