**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**
**FILE NUMBER: 1:20-cv-01449-JBM-JEH**

| | |
|---|---|
| Anita Martin, as Independent Administrator of the Estate of Marlene Hill, deceased, <br><br>Plaintiff-Appellee, <br><br>vs. <br><br>Petersen Health Operations, LLC, an Illinois Limited Liability Company d/b/a Bloomington Rehabilitation & Health Care Center, <br><br>Defendant-Appellant. | **SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT OF DEFENDANT-APPELLANT PETERSEN HEALTH OPERATIONS, LLC** |

**SEVENTH CIRCUIT RULE 3(c) DOCKETING STATEMENT OF DEFENDANT-APPELLANT PETERSEN HEALTH OPERATIONS, LLC**

Defendant-Appellant Petersen Health Operations, LLC d/b/a Bloomington Rehabilitation & Health Care Center, by its undersigned counsel, hereby submits its Docketing Statement pursuant to Circuit Rule 3(c) of the United States Court of Appeals for the Seventh Circuit

**I.   DISTRICT COURT JURISDICTION**

The United States District Court for the Central District of Illinois (the "District Court") has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 because Plaintiff asserts a claim "arising under" and governed by federal law within the meaning of § 1331, and pursuant to 28 U.S.C. § 1442(a)(1) based on federal officer jurisdiction. The matter was initially removed on the basis of 28 U.S.C.§§1331, 1441, 1442(a)(1) and 1446(a) all of which would be involved in this appeal. *See BP P.L.C., et al. v. Mayor and City Council of Baltimore*, 141 S. Ct. 1532 (2021).

**II.   APPELLATE COURT JURISDICTION**

This appeal is taken from the District Court's following order:

(A)  An Order signed by District Judge Joe Billy McDade granting Plaintiff's Motion to Remand, entered in this action on the 22nd day of September, 2021.

The United States Court of Appeals for the Seventh Circuit has jurisdiction to hear this appeal pursuant to 28 U.S.C. § 1294 and 28 U.S.C. § 1447(d) because this case was removed to the District Court pursuant to 28 U.S.C. § 1442(a)(1).

Defendant-Appellant Petersen Health Operations, LLC d/b/a Bloomington Rehabilitation & Health Care Center filed its Notice of Appeal in the District Court on October 22, 2021.

### III.  PRIOR OR RELATED APPELLATE PROCEEDINGS.

There have been no prior or related appellate proceedings in this case.

### IV.  ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1).

At all relevant times, Defendant was acting as a federal officer. Defendant, as a member of the nation's "critical infrastructure," was at all relevant times acting at the specific direction and within the oversight of the Federal government, including, but not limited to, the Department of Health and Human Services, Agency for Healthcare Administration, Food and Drug Administration, and the Center for Disease Control and Prevention, in addition to acting as a program planner using and administering COVID-19 countermeasures, and operating and managing a countermeasure program and countermeasure facility.

This is a civil case that does not involve a criminal conviction nor a collateral attack on a criminal conviction.

Respectfully submitted,

/s/ Joseph R. Wetzel
Joseph R. Wetzel, IL Bar No. 6284241
Livingston, Barger, Brandt & Schroeder, LLP
2918 Crossing Court, Suite E
Champaign, IL 61822

Tel: 217-351-7479
Fax: 217-351-6870
Email: jwetzel@lbbs.com

3

**CERTIFICATE OF SERVICE**

      This is to certify that on this 22nd day of October, 2021, I caused to be electronically filed the foregoing DOCKETING STATEMENT required pursuant to Circuit Rule 3(c)(1) of the United States Court of Appeals for the Seventh Circuit via the CM/ECF system, which sent electronic notice to all counsel of record. Additionally, hard copies are being sent to the Court via regular mail.

Megan M. Shore-Toca: ms@levinperconti.com
Levin & Perconti
325 N. LaSalle St., Suite 300
Chicago, IL 60654
Counsel for Plaintiff

Clerk of Court
United States District Court for the Central District of Illinois
100 N.E. Monroe, Room 305
Peoria, IL 61602


                                                   /s/ Joseph R. Wetzel
                                                     Joseph R. Wetzel